LAW OFFICES OF LEO JAMES TERRELL, STATE BAR #149693
8383 Wilshire Blvd., Suite 920
Beverly Hills, California 90211
(323) 655-6909\FAX (323) 655-5104
e-mail: civil1975@aol.com
Attorneys for Plaintiffs, Vaughn Anthony Jones, Debra Jones

SCOTT J. FERRELL, Bar No. 202091
LISA A. WEGNER, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, Ca. 92660
Tel: (949)717-3000\Fax: (949) 717-3100
sferrell@calljensen.com
lwegner@calljensen.com
Attorneys for Defendant Smuggler, Inc. (erroneously sued herein as Smuggler Films and Smuggler Corporation) and Dell Computer Corporation

ROCKARD J. DELGADILLO, City Attorney -SBN 125465x
MICHAEL L. CLAESSENS, Senior Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
CRAIG J. MILLER, Deputy City Attorney, SBN 138302
craig.miller@lacity.org
6th Floor, City Hall East
200 North Main Street
Los Angeles, CA. 90012
Tel: (213) 978-8722\Fax (213) 978-8785
Attorneys for Defendant, City of Los Angeles

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUGHN ANTHONY JONES, DEBRA JONES,<br><br>　　　　Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, A MUNICIPAL CORPORATION, SMUGGLER FILMS, SMUGGLER CORPORATION, FILM L.A., INC., DELL COMPUTER CORPORATION, DOES 1-10, INCLUSIVE, Individually and in their Official Capacities as Employees,<br><br>　　　　Defendants. | CASE NO.: CV-07-4291ABC (PJWx)<br><br>ORDER RE DISMISSAL<br><br>Assigned to Hon. Audrey B. Collins<br>Courtroom: 680<br>Roybal Federal Building, 255 E. Temple Street, Los Angeles, California<br><br>Complaint Filed: June 29, 2007 |

1

1                                    ORDER

2        It is hereby ordered that the entire action is dismissed as to all named

3 Defendants with prejudice.  The parties are to bear their own fees and costs.

7 IT IS SO ORDERED.

8 Dated: February 12, 2008

                                                     _____
                                                     Hon. Audrey B. Collins
                                                     United States District Court

# PROOF OF SERVICE BY MAIL
(Section 1013a, Section 2015.5 C.C.P)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, ERICA AKBAR, am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 8383 Wilshire Boulevard, Suite 920, Beverly Hills, California 90211.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 5, 2008 I served the within (PROPOSED) ORDER RE DISMISSAL upon the interested party(s) in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Beverly Hills California addressed as follows:

SCOTT J. FERRELL, Bar No. 202091
LISA A. WEGNER, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, Ca. 92660
Attorneys for Defendant Smuggler, Inc. (erroneously sued herein as Smuggler Films and Smuggler Corporation) and Dell Computer Corporation

DREW R. HANSEN, Bar No. 218382
MARK R. PHILLIPS, Bar No. 223289
HANSEN & PHILLIPS, LLP
100 Pacifica, Suite 400
Irvine, California 92618
Attorneys for Defendant FILML.A., INC.

ROCKARD J. DELGADILLO, City Attorney
MICHAEL L. CLAESSENS, Senior Assistant City Attorney
CORY M. BRENTE, Assistant City Attorney
CRAIG J. MILLER, Deputy City Attorney
6th Floor, City Hall East
200 North Main Street
Los Angeles, CA. 90012
Attorneys for Defendant, City of Los Angeles

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008 at Beverly Hills, California.

/s/Erica Akbar